UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: _____

RUDDY ISMAEL MATUS MORALES and
all others similarly situated under 29 U.S.C.
216(b)

    Plaintiff,

vs.

GUADAMUZ CONCRETE FINISHI, INC.
and AROLDO GUADAMUZ,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, GUADAMUZ CONCRETE FINISHI, INC. (hereinafter "GUADAMUZ CONCRETE"), and Defendant, AROLDO GUADAMUZ (hereinafter "Mr. GUADAMUZ") (hereinafter collectively "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441(a), file this Notice of Removal of this cause from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida and allege as follows:

    1.    Defendants are named in a civil action brought in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida captioned, *Ruddy Ismael Matus Morales, and all others similarly situated under 29 U.S.C. 216(b) v. Guadamuz Concrete Finishi, Inc., and Aroldo Guadamuz,* Case No. 2020-016646-CA-01. *See* Exhibit A.

    2.    Plaintiff served Defendant Guadamuz Concrete and Defendant Mr. Guadamuz, on August 13, 2020. *See* Exhibit B. Accordingly, this Notice of Removal is timely filed within

thirty (30) days after the date of receipt of the summons and a copy of the initial pleading setting the claim for relief upon which this action is based.  See 28 U.S.C. § 1446(b); *Murphy Brothers, Inc., v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999)(holding that thirty day time period under removal statute begins to run from the date of formal service).  Pursuant to Fed.R.Civ.P.81(c), Defendants may file their responsive pleadings to Plaintiff's Complaint within seven days after the filing of this Notice of Removal.  Fed. R. Civ. P. 81(c).

3. Plaintiff filed a three-count Complaint alleging unpaid wages against Guadamuz Concrete and Defendant Mr. Guadamuz. *See* Exhibit A.  The claims for unpaid overtime and minimum wages (Counts I and III) are brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et seq. *See* Exhibit A.  This Court has original subject matter jurisdiction over Counts I and III of Plaintiff's Complaint pursuant to 28 U.S.C. §1331.[1] *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 694 (2003)[explaining that district courts have original jurisdiction over FLSA claims pursuant to §1331 and §1337(a)].

4. This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367[2] for the state law claim alleging violation of Fla. Stat. §448.08 ("Attorney's fees for successful litigants in actions for unpaid wages"), which is set forth in Count II of Plaintiff's Complaint. *See* Exhibit A.

5. The United States District Court for the Southern District of Florida embraces the county in which the state court action is now pending and, therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. § 105(a)(1).

---

[1] The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treatises of the United States.
[2] In an civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

6. As required by 28 U.S.C. § 1446(d), a Notice to State Court of Removal, along with a copy of this Notice of Removal, will be promptly filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and served upon counsel. A copy of the Notice to State Court of Removal is attached as Exhibit C.

WHEREFORE, Defendants respectfully request that this matter be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

DATED this 1st day of September 2020.

        Respectfully submitted,

        ____s/Ena T. Diaz_____
        Ena T. Diaz
        Fla. Bar No. 0090999
        ENA T. DIAZ, P.A.
        *Attorney for Defendants*
        999 Ponce De Leon Blvd. – Ste 720
        Coral Gables, FL 33134
        Tel.: (305) 377-8828
        Fax: (305) 356-1311
        ediaz@enadiazlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Notice of Removal was electronically filed with the Clerk of Court by using the CM/ECF system and was served via e-mail on counsel for Plaintiff, J.H. Zidell, Esq., (zabogado@aol.com); Natalie Staroskchak, Esq.,(NSTAR.ZIDELLPA@gmail.com) and David M. Nudel, Esq., (DNUDEL.JHZIDELLPA@gmail.com), J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141 on this 1st day of September 2020.

        ____s/Ena T. Diaz_____
        ENA T. DIAZ